UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Roderick McBain,

*Defendant.*

[~~Proposed~~] **Order of Mental Health Examination**

**24 Mag. 169**

  IT IS HEREBY ORDERED that the Bureau of Prisons (BOP) have a licensed psychologist or psychiatrist conduct a mental health examination of defendant Roderick McBain in order to assess his current mental health condition and identify any need for mental health treatment.

  IT IS FURTHER ORDERED that the BOP conduct the evaluation of the defendant on January 18, 2024, and provide to the Court the results of, and accompanying medical records relating to, the defendant's mental health examination immediately after the examination is conducted.

SO ORDERED:

January __17__, 2024
New York, New York

_____
HON. KATHARINE H. PARKER
United States Magistrate Judge